UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SCOTT SEDORE #210661,

    Plaintiff,

v.

MICHAEL WARNER,

    Defendant.

Case No. 19-cv-10259
Hon. Matthew F. Leitman

Mag. David R. Grand

_____/

| | |
|---|---|
| Daniel Manville (P39731) | Kevin J. O'Dowd (P39383) |
| MICHIGAN STATE UNIVERSITY | Assistant Attorney General |
| Attorney for Plaintiff | Attorney for MDOC Defendant Warner |
| PO Box 1570 | Michigan Department of Attorney General |
| East Lansing, MI 48824 | MDOC Division |
| (517) 913-9690 | P.O. Box 30217 |
| daniel.manville@law.msu.edu | Lansing, MI  48909 |
| | (517) 335-3055 |
| | odowdk@michigan.gov |

_____/

## STIPULATION OF DISMISSAL

NOW COME Plaintiff and Defendants, by counsel, and hereby stipulate to entry of an order dismissing the above action, with prejudice and without costs or fees.

Dated:  June 30, 2021                  /s/Daniel Manville (w/consent)
                                                     Daniel Manville (P39731)
                                                Attorney for Plaintiff

Dated:  June 30, 2021                  /s/Kevin J. O'Dowd
                                                       Kevin J. O'Dowd (P39383)
                                                Attorney for MDOC Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SCOTT SEDORE #210661,

    Plaintiff,

v.

MICHAEL WARNER,

    Defendant.

Case No. 19-cv-10259
Hon. Matthew F. Leitman

Mag. David R. Grand

_____/

| | |
|---|---|
| Daniel Manville (P39731) | Kevin J. O'Dowd (P39383) |
| MICHIGAN STATE UNIVERSITY | Assistant Attorney General |
| Attorney for Plaintiff | Attorney for MDOC Defendant Warner |
| PO Box 1570 | Michigan Department of Attorney General |
| East Lansing, MI 48824 | MDOC Division |
| (517) 913-9690 | P.O. Box 30217 |
| daniel.manville@law.msu.edu | Lansing, MI  48909 |
| | (517) 335-3055 |
| | odowdk@michigan.gov |

_____/

## ORDER OF DISMISSAL

Consistent with the above stipulation,

**IT IS ORDERED** that the above action is hereby DISMISSED, with prejudice and without costs or fees.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2021